IN THE MATTER OF THE PETITION OF JOHN B. CONLEY TO
VACATE ASSESSMENT.

*Assessment—one who purchases the property subject to it, and who agrees to pay
it, cannot apply to have it vacated.*

APPEAL from an order made at Special Term, vacating an assessment.

The court, at General Term, said : " It appears that the assessment which the petitioner sought to vacate was confirmed on February 3, 1876, and that he purchased the property in June, 1880, subject to all taxes and assessments, which he covenanted and agreed to pay. It does not appear, as was said in the *Matter of Moore* (8 Hun, 514), from the mere fact of ownership acquired subsequent to the confirmation of an assessment that the owner is aggrieved. The presumption is, he would be indemnified, and that must control until there is evidence to the contrary. If it formed a part of the consideration, the presumption is, if any wrong was done, that the prior owner is the one aggrieved, because he has made an allowance to cover it in the transfer of the property. The application is bald on this subject."

*E. H. Lacombe*, for the city of New York, appellant.

*Alexander B. Johnson*, for the petitioner, respondent.

Opinion by BRADY, J. ; DAVIS, P. J., and BARRETT, J., concurred.

Order reversed.